■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES PAUL, Appellant. [903 NYS2d 298]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Erlbaum, J.), imposed January 26, 2009, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Skelos, Florio, Eng and Lott, JJ., concur.